AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 21, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ROBERT G. _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   4:26-CV-05037-MKD |
| ) | |
| ) | |
| FRANK BISIGNANO, ) | |
| COMMISSIONER OF SOCIAL SECURITY | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The parties' Stipulated Motion for Remand, ECF No. 11, is GRANTED. The above-captioned case be REVERSED and
REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of
42 U.S.C. § 405(g).
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   MARY K. DIMKE _____


Date:   7/21/2026 _____                    *CLERK OF COURT*



                                        s/Sean F. McAvoy _____
                                        *Signature of Clerk*